```
 1            IN THE UNITED STATES DISTRICT COURT
           OF THE EASTERN DISTRICT OF VIRGINIA
 2                     Richmond Division
    ***********************************************************
 3   NYEISHA S. GHEE,

 4           Plaintiff,
           v.                         Civil Action Number
 5                                    3:25-cv-17-RCY
     PINETREE APARTMENTS, LLC,
 6
             Defendant.
 7   ***********************************************************

 8

 9

10      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

11              RICKY A. McCONNELL

12              December 10, 2025

13

14

15

16

17      HALASZ REPORTING & VIDEOCONFERENCE

18      1011 East Main Street, Suite 100

19         Richmond, Virginia 23219

20             (804) 708-0025

21

22

23

24

25   STENOGRAPHICALLY REPORTED BY: GWENDA APPLEGATE, RMR-CRR
```

EXHIBIT D

Page 96

1    A    So we would take the video to show that the
2    work was completed and make sure the office gets
3    that, ensure they can get it to the proper people.
4    Q    All right. And so does the -- there's two
5    videos. Does that show the totality of the work that
6    was done on the -- on the sliding glass door and the
7    area around it?
8         MR. KENNEDY: Object to the form.
9         THE WITNESS: I don't know. I believe so.
10        I'm not sure. I'd have to -- I'd have to see
11        the whole thing.
12   BY MR. KRUDYS:
13   Q    All right. Let's look -- well, do you have
14   any type -- sitting here today, do you have any type
15   of memory, Oh, yeah, I remember going to that
16   apartment and taking that video, or do you not have
17   that memory?
18   A    I don't -- I couldn't tell you which
19   apartment that was, though.
20   Q    Okay. Do you --
21   A    But, I mean, I did the work. I mean,
22   that's obviously my voice.
23   Q    All right. But do you -- but do you,
24   sitting here today, remember that?
25        Like, for instance, if there's a video, for