**NYEISHA S. GHEE v. PINETREE APARTMENTS, LLC**

**CIVIL ACTION NO.: 3:25-cv-17-RCY**

**PINETREE APARTMENTS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

**ONE DRIVE LINK:**

https://wilsav-my.sharepoint.com/:f:/p/pferris/IgAkKrkGJ22HRrMq3rLqkTcbATLvhwzT0ox_JL02-0T2Bek?e=paupiN

**This link expires in sixty (60) days. Counsel will provide a CD with the videos to chambers.**

**EXHIBIT E**