```
                                                                    1

 1           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
 2                Richmond Division

 3    -----------------------------------

 4    NYEISHA S. GHEE,

 5                    Plaintiff,

 6    v.                              CIVIL ACTION NO.
                                      3:25-cv-17-RCY
 7    PINETREE APARTMENTS, LLC,

 8                    Defendant.

 9    -----------------------------------

10

11

12

13               VIDEOCONFERENCED

14         DEPOSITION UPON ORAL EXAMINATION

15     OF PESTNOW/PESTNOW OF CENTRAL VIRGINIA, LLC,

16          BY AND THROUGH ITS REPRESENTATIVE

17                JEFFREY R. HUBER

18                November 6, 2025

19

20

21

22

23    -----------------------------------------

24       KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                 Court Reporter
```

*Halasz Reporting & Video | 804.708.0025*
*1011 East Main Street Richmond, VA 23219*

**EXHIBIT I**

```
 1   -- because it doesn't say where in that unit number
 2   -- you don't know where that condition that was
 3   observed or treatment that was done, where that was
 4   in that unit number because all you have is the
 5   information in the record?
 6        A.    That is correct.
 7        Q.    Sometimes also I saw in the records, for
 8   example, it would say Building L, exterior
 9   foundation, found X, found something.  You don't
10   know where -- in the exterior foundation of that
11   building they identified where they found it,
12   correct?
13        A.    That is correct.
14        Q.    And the company wouldn't know unless it
15   was provided in the document the size of that area
16   where it was found?
17        A.    That is correct.
18        Q.    And again I think you were asked this
19   earlier.  For example, if they said active termites
20   in Building L exterior foundation, you wouldn't know
21   the number of termites or the size of the termites?
22        A.    That is correct.
23        Q.    There's been some talk today about
24   subterranean termites.  And I understand they're the
25   most common termites in our region.  Is that
```

1  correct?
2      A.   That is correct.
3      Q.   And there's other types of termites out
4  there, I know there's drywall, wet termites and
5  other names that I'm not super familiar with, but
6  there's more than one that are the subterranean,
7  correct?
8      A.   There's multiple, multiple species of
9  termites.  Correct.
10     Q.   And Virginia has more than one species
11 of termite that can be in the state, more than just
12 subterranean?
13     A.   They do.  Correct.
14     Q.   And most of the records I saw either
15 refer to termites as one thing, a termite, like one
16 word, or they referred to them as -- and again it
17 may not be a termite, but they refer to them as a
18 wood destroying insect.  Correct?
19     A.   Correct.
20     Q.   And I think you said wood destroying
21 insects, or maybe there's another term I'm misusing
22 here, you mean Virginia identified five types of
23 insects that do that, right?
24     A.   Virginia has identified five wood
25 destroying insects, correct.

```
 1        Q.    Okay.  That have been seen or verified
 2   in our state?
 3        A.    Correct.
 4        Q.    And they're -- probably in Asia and
 5   Europe and wherever there could be different
 6   insects, right?
 7        A.    Correct.
 8        Q.    Going back to termite.  So when the
 9   record says "termite" unless there's a photo and you
10   can look at the photo close enough and determine
11   what type of species is that termite you don't know
12   if the record's referring to a subterranean -- an
13   eastern subterranean termite or another species?
14        A.    That would be -- that would be correct.
15        Q.    Yeah.  And just because subterranean
16   termites are the most common, you may assume it's
17   that, that doesn't mean it was that, correct?
18        A.    Correct.
19        Q.    So an exterior inspection of termites
20   we've heard you use the words "visual probing and
21   sounding".  Do you guys also use moisture meters
22   when you do that?
23        A.    We do not use moisture meters on a
24   regular termite inspection, no.
25        Q.    Okay.  Well, take me through if you were
```

1  expert testimony and an understanding of the
2  standard of care.  You may answer.
3       A.     The label is the law.  The label tells
4  us precisely what to do, how to dig the trench,
5  where to dig the trench, how much termiticide to
6  inject based on square footages, linear footage.
7  So, yes, we follow the -- the label.
8  BY MR. MORIARTY:
9       Q.     That's the label on the Centerfire?
10      A.     On the product.  Yes.
11      Q.     Okay.  Where did you learn -- it sounds
12 like you got a phrase in there.  Where did you learn
13 the label is the law?
14      A.     I've been doing this for 30 years and
15 it's been beat into my head.
16      Q.     Okay.  So going back, when you -- when
17 your company back in April 2019 treats Building G
18 and then comes back and does the reinspection in May
19 2020 and finds no signs of exterior termites, is
20 that a sign to you that your prior treatment had
21 worked and killed the termites in that area?
22      A.     I would -- I would say yes.  If the
23 previous inspection reported live, active termites
24 and a year later we come out and found nothing, then
25 I would say that the treatment was doing what it was

| | |
|---|---|
| 1 | supposed to do. |
| 2 | Q.  Okay.  Two more things.  And I'm going |
| 3 | to jump around again.  I'm sorry, but that's what |
| 4 | happens when you ask the second set of questions. |
| 5 | There was questions earlier about a |
| 6 | record that said they saw old poles or old drill |
| 7 | markers seen in a building, and there was reference |
| 8 | to an email about some -- some -- something with |
| 9 | initials.  And you were asked something about, you |
| 10 | know, if your company didn't do the work you don't |
| 11 | know when those prior treatments of termites in that |
| 12 | building was done.  Do you remember that testimony? |
| 13 | A.  Yeah.  I remember the reference USRG I |
| 14 | believe. |
| 15 | Q.  Yes, I think that was it. |
| 16 | A.  And, yes, we would have no knowledge of |
| 17 | who, what, when that was done prior to us coming to |
| 18 | the property. |
| 19 | Q.  And, again, I'm going to try to find my |
| 20 | note here.  I think I got a note here somewhere.  I |
| 21 | believe this -- I didn't -- sometimes I look for a |
| 22 | note and it's like five minutes later.  Okay.  I |
| 23 | found the note. |
| 24 | It looks like this apartment complex was |
| 25 | built right around 1995.  So if your company started |