UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

NYEISHA S. GHEE,

        Plaintiff,

v.                                                         Civil Action No.: 3:25-cv-17-RCY

PINETREE APARTMENTS, LLC,

        Defendant.

## NOTICE

BY THIS NOTICE, Plaintiff Nyeisha S. Ghee, through counsel, offers the foregoing correction to a footnote in Plaintiff's Amended Complaint. Plaintiff stated that Ms. Campbell reported the "flying ants" to the Pinetree Apartments rental office. Amended Complaint, at ¶ 32, n.4. While preparing Plaintiff's response to Defendant's Interrogatories and Requests for Production, Plaintiff's counsel first realized that Ms. Campbell's reports to Pinetree Apartment's rental office concerned maintenance issues described in three of the work orders and did not concern flying ants. Plaintiff observes that both Defendant and Plaintiff sparingly noted the report of the flying ants in the Motion to Dismiss briefing.

**EXHIBIT J**

Respectfully submitted,

NYEISHA S. GHEE

By: ___/s/ Charles H. Cuthbert, Jr.___

Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
Phone: (804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Danny Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax:     (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

*Counsel for Plaintiff*

2

<u>**Certificate of Service**</u>

I hereby certify that on this 16th day of June 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By: */s/ Charles H. Cuthbert, Jr.*

Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Cuthbert Law Offices
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
Phone: (804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com

*Counsel for Plaintiff*