# Nicole Pham

| | |
|---|---|
| **From:** | Nadra Yohannes |
| **Sent:** | Monday, March 14, 2022 3:02 PM |
| **To:** | Nicole Pham; Tracy Arruda |
| **Subject:** | Alvin Peebles |
| **Importance:** | High |

Hi Nicole,
Alvin Peebles gave his verbal two week resignation today at Pinetree, he requested that we accept his weeks' notice but wants to take time off for the rest of the week.
I have advised the property manager that his time off request will not be approved. I have discussed this situation with Tracy and we are accepting his resignation effective immediately.

**NADRA YOHANNES**
Regional Manager

o 469.420.5864  c 443.789.8829
nyohannes@somliving.com
614 Peninsula Drive
Newport News, Virginia 23605

SOUTH OXFORD MANAGEMENT

1

CONFIDENTIAL



EXHIBIT D
PINETREE00945
EXHIBIT K