IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

IN RE: LOCAL CIVIL RULE 7(E)

## STANDING ORDER

This Standing Order applies to all civil cases that are assigned to United States District Judge Roderick C. Young.

Rule 7(E) of the Local Civil Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action. No motion will be deemed withdrawn purely based on the absence of a motion requesting a hearing or, in the alternative, a formal waiver of hearing. In all cases, the Court will schedule a hearing only if it determines one to be necessary after review of the briefs.

Entered this 16th day of July, 2024.

/s/ RCY
Roderick C. Young
United States District Judge