IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| NYEISHA S. GHEE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 3:26-cv-158 |
| | : | |
| PINETREE APARTMENTS, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Philip C. Krone, Esq., and the law firm of Dunn Craig & Francuzenko, PLLC, as counsel on behalf of Defendant PestNow of Central Virginia, LLC in this matter.

Respectfully submitted,

   /s/ *Philip C. Krone*
Philip C. Krone, VA Bar #87723
Dunn Craig & Francuzenko, PLLC
3251 Blenheim Boulevard, Suite 404
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
pkrone@dunncraig.com
*Counsel for Defendant PestNow of Central Virginia, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March 2026, I served a copy of the foregoing Notice of Appearance upon the following via ECF filing:

Mark J. Krudys (VSB No. 30718)
Daniel Guinnane Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Telephone: 804-774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Charles H Cuthbert, Jr. (VSB No. 14519)
Richard M. Cuthbert (VSB No. 82025)
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
Telephone: 804-733-3100
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com
*Counsel for Plaintiff*

Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
jmoriarty@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Pinetree Apartments, LLC, Clearfield/Pinetree Apartments, LLC, Beachwold Partners, LP, Beachwold Holdings, LLC, South Oxford Management, LLC, Nadra Yohannes, Ricky McConnell, and Alvin Peebles*

    /s/  Philip C. Krone
Philip C. Krone, VA Bar #87723
Dunn Craig & Francuzenko, PLLC
3251 Blenheim Boulevard, Suite 404
Fairfax, VA 22030
T: (703) 865-7480
F: (703) 434-3510
pkrone@dunncraig.com
*Counsel for Defendant PestNow of Central Virginia, LLC*