IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

NYEISHA S. GHEE,

    Plaintiff,

v.                                                                                  Civil Action No.:  3:26-cv-158-RCY

PINETREE APARTMENTS, LLC,
CLEARFIELD/PINETREE APARTMENTS, LLC
BEACHWOLD PARTNERS, LP,
BEACHWOLD HOLDINGS, LLC,
BEACHWOLD RESIDENTIAL, LLC
SOUTH OXFORD MANAGEMENT, LLC,
NADRA YOHANNES,
RICKY MCCONNELL,
ALVIN PEEBLES, and
PESTNOW OF CENTRAL VIRGINIA, LLC,

    Defendants.

## 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME defendants Beachwold Partners, LP and Clearfield/Pinetree Apartments, LLC (collectively "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court to dismiss Plaintiff's Complaint against them with prejudice. The grounds for Defendants' Motion are more fully set forth in the accompanying Memorandum in Support, being filed this day.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's Complaint with prejudice, award Defendants its costs incurred in defense of Plaintiff's Complaint, and grant all other such relief as the Court deems just and proper.

I-3033762.1

BEACHWOLD HOLDINGS, LP, and
CLEARFIELD/PINETREE APARTMENTS, LLC


By:    /s/ Joseph P. Moriarty
      Joseph P. Moriarty (VSB No. 68465)
      Kevin M. Kennedy (VSB No. 75071)
      Bryn L. Clegg (VSB No. 96923)
      WILLCOX & SAVAGE, P.C.
      440 Monticello Avenue, Suite 2200
      Norfolk, Virginia 23510-2243
      Telephone: (757) 628-5500
      jmoriarty@wilsav.com
      kkennedy@wilsav.com
      bclegg@wilsav.com
      *Counsel for Defendants Beachwold Partners, LP, and Clearfield/Pinetree Apartments, LLC*

**CERTIFICATION**

I hereby certify that on this 6th day of March, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Charles H Cuthbert, Jr. (VSB No. 14519)
Richard M. Cuthbert (VSB No. 82025)
Cuthbert Law Offices, P.C.
220 North Sycamore Street
Petersburg, VA 23803-3228
Telephone:  804-733-3100
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com
*Counsel for Plaintiff*

Mark J. Krudys (VSB No. 30718)
Daniel Guinnane Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Telephone:  804-774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Alexander Francuzenko (VSB No. 36510)
Philip C. Krone (VSB No. 87723)
Dunn Craig Francuzenko
3251 Blenheim Blvd., Suite 404
Fairfax, VA 22030
Telephone: 703-856-7480
alex@dunncraig.com
pkrone@dunncraig.com
*Counsel for PestNow of Central Virginia, LLC*

*/s/ Joseph P. Moriarty*
Joseph P. Moriarty (VSB No. 68465)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510-2243
Telephone: (757) 628-5500
jmoriarty@wilsav.com

          kkennedy@wilsav.com
          bclegg@wilsav.com
          *Counsel for Defendants Beachwold Partners, LP,*
          *and Clearfield/Pinetree Apartments, LLC*