**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

NYEISHA S. GHEE,

      Plaintiff,

                                  Civil Action No.: 3:26-cv-00158-RCY

      v.

PINETREE APARTMENTS, LLC, *et al.,*

      Defendants.

### PLAINTIFF'S MOTION TO REMAND

For the reasons stated in the accompanying Memorandum in Support, Plaintiff Nyeisha S. Ghee, by counsel, respectfully moves that this Court decline jurisdiction and remand this case to the Circuit Court of the City of Petersburg and grant such other just relief that the Court deems proper. A proposed Order is attached hereto.

                                    Respectfully submitted,

                                    NYEISHA S. GHEE

                                By*:   /s/ Mark J. Krudys*
                                      Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)    Mark J. Krudys (VSB#30718)
Richard M. Cuthbert (VSB # 82025)      Daniel Zemel (VSB#95073)
Cuthbert Law Offices,                      The Krudys Law Firm, PLC
A Professional Corporation           Truist Place
220 North Sycamore Street           919 East Main Street, Suite 2020
Petersburg, Virginia 23803-3228     Richmond, VA, 23219
(804) 733-3100                          (804) 774-7950
Fax: (804) 732-4658                 Fax: (804) 381-4458
ccuthbert@cuthbertlaw.com         mkrudys@krudys.com
rcuthbert@cuthbertlaw.com         dzemel@krudys.com

## Certificate of Service

I hereby certify that on this 20th day of March 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

      */s/ Mark J. Krudys*
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place, 919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*

2