## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

                                   Civil Action No.: 3:26-cv-00158-RCY

      v.

PINETREE APARTMENTS, LLC, *et al.,*

      Defendants.

## **ORDER**

Having considered the PLAINTIFF'S MOTION TO REMAND (ECF No. __), the supporting, opposing, and reply memoranda, and the Complaint, it is hereby ordered that the PLAINTIFF'S MOTION TO REMAND (ECF No. __) is GRANTED because the Defendants have not carried their burden to show that there is no possibility that the Plaintiff would be able to establish a cause of action against the in-state Defendants in state court or that there has been an outright fraud in the Plaintiff's pleading of jurisdictional facts. *See Mayes v. Rappaport*, 198 F.3d 457, 464 (4th Cir. 1999). And indeed, considering the allegations of the Complaint, it appears the Plaintiff has pleaded a viable claim against the non-diverse Defendants in this case.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court, and oral argument would not aid the decisional process.

The Clerk is directed to send a certified copy of this order to the clerk of the circuit court of the city of Petersburg, 28 USC section 1447(c).

It is so ORDERED.

_____
Rodney C. Young
United States District Judge

Richmond, Virginia
Date: March __, 2026