| | | | |
|---|---|---|---|
| | | **Work Order No.** | 180829 |
| | | **Date Call:** | 7/12/2019 3:47:48 PM |
| | | **Date Scheduled:** | 11/8/2019 12:00:00 AM |
| **Status** | Work Completed | | |
| | | **Date Completed:** | 11/11/2019 8:38:00 AM |
| | | **Brief Desc:** | general workorder |
| | | **Job Site:** | piap/F7 |
| | | | 3100 Pinetree Drive |
| | | | Apt F7 |
| | | | Petersburg,VA 23803 |
| **Caller Name:** | Jeutana Smith | **Caller Phone:** | |
| | | **Occupant:** | Smith (t0042587) |
| | | **Home** | (804) 894-6375x |
| **Priority:** | High | | |
| **Ok to enter?** | NO | | |
| **Category:** | Bathroom | | |

**Problem Description:** refrigerator need to sealing , balcony door off track and wood rotten , sink in bathroom need to be re-glazed . Cabinets in kitchen rotten by the sink and stove bottom . Kitchen counter tops need to be replaced .

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| 1.0000 | Norris | | 0.00 | 0.00 |
| | | | **Total** | 0.00 |

| | |
|---|---|
| **Authorized by:** | _____ |
| **Signed by** | _____ |
| **Dated** | _____ |
| **Invoice No.** | _____ |

**Technician Notes:** no access to apt

PINETREE006659

| | | |
|---|---|---|
| **Work Order No.** | 250565 | |
| **Date Call:** | 4/1/2020 8:55:55 AM | |
| **Date Scheduled:** | 4/7/2020 12:00:00 AM | |

**Status**      Work Completed

| | |
|---|---|
| **Date Completed:** | 4/7/2020 8:43:00 AM |
| **Brief Desc:** | patio |
| **Job Site:** | piap/C3 |
| | 3100 Pinetree Drive |
| | Apt C3 |
| | Petersburg,VA 23803 |

**Caller Name:**      Desiree Starling

**Caller Phone:**

**Occupant:**      Starling (t0042580)

**Priority:**      High

**Ok to enter?**      NO

**Mobile**      (804) 926-6363x

**Category:**      Patio/Balcony

**SubCategory:**      Deck

**Problem Description:**      left side of patio door dripping water and discoloration with wood and garbage disposal needs to be check

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| 1.0000 | Norris | | 0.00 | 0.00 |
| 1.0000 | Norris | | 0.00 | 0.00 |
| | | | **Total** | 0.00 |

| | |
|---|---|
| **Authorized by:** | _____ |
| **Signed by** | _____ |
| **Dated** | _____ |
| **Invoice No.** | _____ |

**Technician Notes:**      unclogged garbage disposal unit. Found the sheetrock around the sgd dry and discolored. not an emergency at this time.

PINETREE006537

| | |
|---|---|
| **Work Order No.** | 638266 |
| **Date Call:** | 2/8/2022 11:24:08 AM |

**Status**  Work Completed

| | |
|---|---|
| **Date Completed:** | 2/9/2022 8:22:00 AM |
| **Brief Desc:** | misc fixes |
| | |
| **Job Site:** | piap/D3 |
| | 3100 Pinetree Drive |
| | Apt D3 |
| | Petersburg,VA 23803 |

**Caller Name:**  John Smith*

| | |
|---|---|
| **Caller Phone:** | (347) 993-6621x |
| **Occupant:** | Smith Jr. (t0042654) |
| **Office** | (347) 993-6621x |
| **Home** | (804) 479-2520x |
| **FAX** | (804) 861-9977x |
| **Mobile** | (804) 691-7677x |

**Ok to enter?**  YES

**Category:**  Miscellaneous

**Problem Description:**   1.laundry door is off - needs to be put back on
2. patio door in master  there is a hole in the wall near it from previous leak that never got repaired

**Parts & Labor**

| Quantity/ Hours | Item Type/ Employee Name | Description | Unit Price | Total |
|---|---|---|---|---|
| | | | **Total** | |

| | |
|---|---|
| **Authorized by:** | _____ |
| **Signed by** | _____ |
| **Dated** | _____ |
| **Invoice No.** | _____ |

PINETREE2239