**To:**      Nadra Yohannes[nyohannes@somliving.com]
**From:**    william.norris@somlivingservice.com
**Sent:**    Tue 9/8/2020 3:46:43 PM
**Subject:** Roofing issues

The Richmond Va. and surrounding areas has had one of the wettest, month of August total in history. Here at Pinetree we experienced heavy wind driven rains on numerous occasions causing singles and metal flashing to blow off buildings. During our inspections of the gutters, we noticed rotten and decaying facial boards that have occurred due to lack of proper gutter cleaning on a regular basis. On some roofing systems the plywood beneath the shingles is soft, creating valleys and waves which you can plainly see. To date we're having water leaks around sliding glass doors around roof vent collars and along walls in the apartment.

The good news is we're not talking the entire complex. We're in the process of getting estimates for repairs, but at some point because the systems are at least 26 yrs and the shingles are beyond their life expectancy, we may want to consider this issue. Thanks.

William A. Norris

Service Manager.

PINETREE002964