Q.    And that's H-U-B-E-R?

A.    It is, correct.

Q.    And where do you reside?

A.    9504 Quail Meadows Drive, Spotsylvania, Virginia, 22511.

Q.    And who is your current employer?

A.    I'm self-employed.

Q.    And what is the name of the business that you work under?

A.    PestNow of Central Virginia.

Q.    And is there any type of letters after that, like PestNow of Central Virginia, LLC?

A.    Yes.  Correct.

Q.    Okay.  And what is -- I know that you're -- it's your own business, but what positions do you occupy?  Do you hold yourself out as like president or vice president?  What's the title that you are; owner?

A.    Managing member.

Q.    I'm sorry.  I didn't quite hear that.

A.    Managing member.

Q.    Okay.  All right.

And what positions did you hold from January 1, 2019, through the present?

A.    Owner.

Q.    Are there any other owners?

A.    There's two other owners.

Q.    Who are the other two?

A.    Jeffrey Zalinski and Shawn Payne.

Q.    And how do you spell Payne?

A.    P-A-Y-N-E.

Q.    And Zalinski, is that Z-A or Z-E?

A.    Z-A.

Q.    And were those two folks also owners during the period from January 2019 through now?

A.    Yes.

Q.    All right.  PestNow.  Is PestNow of Central Virginia a franchise?

A.    It is.

Q.    And what is the name of the franchiser?

A.    PestNow, LLC.

Q.    Do you know how many franchises there are throughout the country?

A.    There are two.

Q.    And where are they located?

A.    One is in West Virginia and then mine in Fredericksburg/Richmond, Virginia.

Q.    Do you have like a territory for your franchise?

A.    I do.

23

your techs would go?

A.    Correct.

Q.    Okay.  All right.  When the routine maintenance service tech went into the apartment to look for roaches, ants and the like were they also going in to check for termites?

A.    No.

Q.    Okay.  Looking for termites is a totally separate inspection than what those service techs would be doing; is that correct?

A.    Correct.

Q.    All right.  Now, you mentioned Mr. Zalinski and/or the inspector going in to do inspections.  What type of inspections are you referring to?

A.    Inspections could be whatever the community requested.  Inspections was done on an on-call or a case-by-case basis.  They would reach out when a resident notified them that there was a particular issue and then we would have to go out and verify or confirm what it was.  And then based on what the inspection resulted in then we would make appropriate recommendations.

Q.    Well, when we were talking about routine maintenance service techs, those individuals are

51

A.    Below the slab into the ground.

Q.    And is that because termites typically live as many as like 18 inches into the soil?

A.    The termites that we deal with in this area is the eastern subterranean termite.

Q.    Uh-huh.

A.    And they can -- 18 inches is -- I don't know where that number comes from, but it can range from a few inches in the ground to several feet in the ground.

Q.    Does PestNow provide -- I mean there's a -- let me just bring up a document that I have marked as 136.  I'm not sure if I've actually sent this one to you guys yet, but I will at a particular timeframe.

(Plaintiff's Exhibit 136 was marked for identification.)

BY MR. KRUDYS:

Q.    This is a picture of a PestNow website. Is this website generated by your local office or is this the larger company itself?

A.    That is our corporate office website.

Q.    Okay.  And have you ever reviewed this website yourself?

A.    I have not.

Q.    Okay.  Well, it's -- I want to make it a little larger.  It talks about 6.8 billion dollars in damage each year from termites, 600,000 homes invaded, and an average repair cost of 3,000.  Do you know those figures to be accurate per your understanding?

MR. FRANCUZENKO:  Objection to form, foundation.  Go ahead and answer if you can.

A.    That information is in line with, you know, what we're told at different seminars, training meetings, and put out by the National Pest Management Association.

BY MR. KRUDYS:

Q.    So it goes down -- it's a little hard to read because it's a lighter printing, but I'll bring it up.  "Termites are often called silent destroyers because they can cause thousands of dollars in damage before you even realize they're there."

Have you heard that term "silent destroyers" before?

A.    I have.

MR. MORIARTY:  Objection.

A.    I have.

MR. MORIARTY:  Objection.

BY MR. KRUDYS:

Q.    And does that sentence correctly state your understanding of what is meant by silent destroyers, that they can cause thousands of dollars in damage before you even realize they're there?

A.    Yes.

Q.    Okay.  And when you have conversations with customers about termites, including Pinetree -- and I know that you weren't a part of that, but when your company, PestNow of Central Virginia, is having conversations with customers or prospective customers is that the type of information that you typically would convey, that termites are silent destroyers and they can cause thousands of dollars of damage before you even realize they're there?

MR. MORIARTY:  Object to form.

MR. FRANCUZENKO:  Go ahead.

A.    Yes, that would be in line with what we would communicate.

BY MR. KRUDYS:

Q.    It says, "Unlike many pests, termites live underground and inside wood."

So you were referring to before the eastern subterranean termite.  That termite species, actually, it -- among the places that it lives are

54

underground, and then it moves from there through various tubes and tunnels; is that right?

A.    Correct.

Q.    All right.  And it says, "Unlike many pests, termites live underground and inside wood, making them difficult to detect without professional inspections."

Is it your understanding when your company was going out to Pinetree that there was -- and you're doing your inspections, that there would oftentimes be termite damage that would not be visible to the naked eye?

MR. MORIARTY:  Object to form.

A.    I mean that's always a possibility.

BY MR. KRUDYS:

Q.    All right.  On this -- since we're just on this subject, on that same website you go down further and there's Termite Letters.  What are termite letters?

A.    Termite letters are what we call the wood destroying insect report, the NPMA-33 form that is required for real estate settlements, refinances.

Q.    When you were looking at the documents in this case did you see that termite letters were a part of the file here?

56

And it says, "Common signs of a termite infestation include" and it talks about mud tubes, bubbling of paint, hollow-sounding wood, discarded wings and visible damage to wood structures.

Is that the same type of information that your company would typically convey to Pinetree and other types of property owners concerning signs of termite infestation?

MR. FRANCUZENKO:  Objection to form.  Go ahead.

A.    It would be.

BY MR. KRUDYS:

Q.    All right.  When it talks about mud tubes along foundation walls, what are mud tubes along foundation walls?

A.    Mud tubes are what we refer to as termite tunnels.  The termites build them as a bridge from the ground to whatever structure they're gaining access to.

Q.    Is it the -- do the termites crave moisture?

A.    Termites are known to be a high-moisture insect.  Yes.

Q.    What does that mean?

A.    Their livelihood depends on maintaining

doing your inspections and the like that's one of the things you'd be looking for is these mud tubes along the foundation walls?  Even if you didn't see live termites, active termites, you would know the presence of those mud tubes indicate their presence at the property.  Is that right?

A.    Correct.

Q.    All right.  When it refers to bubbling or uneven paint how is it that that is a sign of termite infestation?

A.    A lot of times when termites enter the interior of a structure they will eat the wood members causing Bernell (phonetic) or screws to make little divots or a little bubbling of the paint. They'll eat the paper on the drywall, which will cause the paint to bubble or blister.

Q.    And then it refers to other things; hollow-sounding wood, visible damage to wood structures.  Is it the concept is that if you look at a piece of wood and the termites are eating below the surface, so when you look at the outside of the wood you might not necessarily know that they're there, but if you tap on it it sounds hollow?  Is that what is meant by hollow-sounding wood?

A.    Yes.  When we do a termite inspection

it's a visual inspection, and then we augment it with what we call probing and sounding. So we will tap on wood in certain areas, hot spots. We'll probe and sound the wood and listen for that hollowness.

Q. All right. I'll represent to you that the fire that is the focus of this case occurred on February 20th of 2024 and there will be a number of documents I'll show you not in '24 but in other periods of February, the same month, where it shows active termites on the outside. And you know the sentence here that says that "Termites are active year-round but swarm season typically occurs in spring."

So do the termites swarm as early as February in Virginia?

MR. MORIARTY: Object to form.

A. Yeah. The further south you are the swarm season begins earlier. They can swarm as early as January.

BY MR. KRUDYS:

Q. Okay. And, you know, these -- "How can I tell if I have termites in my home?"

And it refers to these five different common signs. But if you go a little further into

60

the website the signs of termites are more specifically described.  And it talks about termite swarms, the bubbling paint.

So bubbling paint it says, "This often occurs when termites have damaged wood beneath the surface, causing moisture to build up which presents as bubbles under your paint.  If the moisture continues over time, it will lead to cracking."

Do termites and termite damage sometimes present in the same way as moist wood?

MR. MORIARTY:  Object to form.

A.    Yes.  It would -- it's possible that it would present itself, you know, in the same form.

BY MR. KRUDYS:

Q.    Okay.  So if you look at -- the next one down is Tight Windows.  And it says, "Termites can wreak havoc on wood by eating away its inner structure, leaving it weak and unstable."

Is that one of the representations you make to your customers with regard to what termites can do and the damage that they can do?

MR. MORIARTY:  Objection to form.  Go ahead.

A.    I mean I've never used that particular phrase, but, you know, it could -- it could be.

66

Q.    Well, you understand that -- or do you understand that one of the structural damage signs of termites are tight-fitting doors and windows?

MR. MORIARTY:  Object to form.

A.    I mean it's a possibility.  Yes.

BY MR. KRUDYS:

Q.    And can you explain to me what your understanding is how termite damage can cause tight-fitting doors and windows?

A.    I'm not so much -- I'm not so much knowledge that termite damage per se itself would cause tight-fitting windows and doors as much as moisture would cause tight-fitting doors and windows, because when wood gets wet it swells like a sponge, under my understanding, and that would cause maybe a tight -- tight window fitting or a tight door.

Q.    It also says "Small holes in drywall or wood."  Are small holes in drywall or wood a hallmark of termite damage?

A.    It's certainly a sign of termites.  Yes.

MR. KRUDYS:  Okay.  So that was Exhibit 137 and my colleagues will email it to you in a moment.  Let me get back to...

Q.    Okay.  On the next page it says, "For purposes of this inspection, wood destroying insects include:  termites, carpenter ants, carpenter bees, and reinfesting wood boring beetles.  This inspection does not include mold, mildew or non-insect wood destroying organisms."

Is typically in this -- in like the Petersburg area of Virginia when you're referring to wood destroying insects are you mainly referring to eastern subterranean termites?

A.    There's five insects that the State of Virginia recognizes as wood destroying.

Q.    Uh-huh.

A.    Eastern subterranean termites, carpenter bees, carpenter ants, powderpost beetles and wood borers are the five insects that this report is limited to.

Q.    And that's for purposes of that inspection, but -- I get that, but is it typically -- let me just ask it broader.

Do you see termites with -- as being -- is your -- do you know if the circumstance with your inspectors at Pinetree found anything besides termites as the wood destroying insect?  Do you know if they found carpenter ants, carpenter bees,

reinfesting wood-boring beetles, or did they just find subterranean eastern termites?

MR. MORIARTY:  Object to form.

A.  My understanding is the only thing documented, the only thing found, was termites.

BY MR. KRUDYS:

Q.  Okay.  All right.  Here's an email on the next page, which is -- let me try to make it bigger.  Actually, it's on page --

MR. MORIARTY:  When you get there just let me know what exhibit it is because I have them actually broken down.

MR. KRUDYS:  Oh, you do?  All right. I'm trying to go to 43A.  Okay.

(Plaintiff's Exhibit 43A was marked for identification.)

BY MR. KRUDYS:

Q.  So this is an email to Dan DeStefano, we talked about before, from Jennifer Roberts, who is an asset manager with Beachwold Residential.  And your understanding was that there was an asset manager that you sometimes deal with with regard to Pinetree Apartments and one of those asset managers goes by the name of DeStefano; is that right?

MR. FRANCUZENKO:  It's further down.