**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

NYEISHA S. GHEE,

       Plaintiff,

                                      Civil Action No.: 3:25-cv-158-RCY

v.

PINETREE APARTMENTS, LLC, *et al.,*

       Defendants.

**PLAINTIFF'S VOLUNTARY DISMISSAL OF DEFENDANTS BEACHWOLD
PARTNERS, LP, AND CLEARFIELD/PINETREE APARTMENTS, LLC**

COMES NOW Plaintiff Nyeisha S. Ghee ("Ms. Ghee"), by counsel, and pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses, without prejudice, her claims

against Defendants Beachwold Partners, LP and Clearfield/Pinetree Apartments, LLC.  Neither

Defendant Beachwold Partners, LP nor Defendant Clearfield/Pinetree Apartments LLC have filed

an answer or a motion for summary judgment. All claims against all other Defendants remain

unaffected.

                                  Respectfully submitted,

                                  NYEISHA S. GHEE

                                  By:    /s/ Mark Krudys
                                       Counsel

| | |
|---|---|
| Charles H. Cuthbert, Jr. (VSB # 14519) | Mark J. Krudys (VSB#30718) |
| Richard M. Cuthbert (VSB # 82025) | Daniel Zemel (VSB#95073) |
| Cuthbert Law Offices, | The Krudys Law Firm, PLC |
| A Professional Corporation | Truist Place |
| 220 North Sycamore Street | 919 East Main Street, Suite 2020 |
| Petersburg, Virginia 23803-3228 | Richmond, VA, 23219 |
| (804) 733-3100 | (804) 774-7950 |
| Fax: (804) 732-4658 | Fax: (804) 381-4458 |
| ccuthbert@cuthbertlaw.com | mkrudys@krudys.com |
| rcuthbert@cuthbertlaw.com | dzemel@krudys.com |

## Certificate of Service

I hereby certify that on this 20th day of March 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
mkrudys@krudys.com
*Counsel for Plaintiff*

2