# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

                                      Civil Action No.: 3:26-cv-00158-RCY

      v.

PINETREE APARTMENTS, LLC, *et al.,*

      Defendants.

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PLEADINGS

The parties move to extend the time for filing pleadings related to Plaintiff Nyeisha S. Ghee's Motion to Remand. On March 20, 2026, Plaintiff Ms. Ghee filed a motion to remand the matter back to Petersburg Circuit Court. The Defendants' opposition memorandum is currently due on Friday, April 3, 2026, and Plaintiff's reply is due on Thursday, April 9, 2026. Due to the upcoming religious holidays, the parties request that the deadline for the Defendants' opposition memorandum be extended to Monday, April 6, 2026, and the deadline for the Plaintiff's reply be extended to Tuesday, April 14, 2026.

                              Respectfully submitted,

                              NYEISHA S. GHEE

                              By*:   /s/ Mark J. Krudys*
                                     Counsel

Charles H. Cuthbert, Jr. (VSB # 14519)
Richard M. Cuthbert (VSB # 82025)
Cuthbert Law Offices,
A Professional Corporation
220 North Sycamore Street
Petersburg, Virginia 23803-3228
(804) 733-3100
Fax: (804) 732-4658
ccuthbert@cuthbertlaw.com
rcuthbert@cuthbertlaw.com

Mark J. Krudys (VSB#30718)
Daniel Zemel (VSB#95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA, 23219
(804) 774-7950
Fax: (804) 381-4458
mkrudys@krudys.com
dzemel@krudys.com

## Certificate of Service

I hereby certify that on this 31st day of March 2026, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place, 919 East Main Street, Suite 2020
Richmond, VA, 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*

2