## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

NYEISHA S. GHEE,

      Plaintiff,

                                              Civil Action No.: 3:26-cv-00158-RCY

      v.

PINETREE APARTMENTS, LLC, *et al.,*

      Defendants.

## ORDER

Citing the upcoming religious holidays, the parties have moved to extend the time for filing pleadings related to Plaintiff Nyeisha S. Ghee's Motion to Remand. Having considered the joint Motion, it is hereby ordered that the JOINT MOTION FOR AN EXTENSION OF TIME TO FILE PLEADINGS (ECF No. __) is GRANTED. The deadline for the Defendants' opposition memorandum is extended to Monday, April 6, 2026, and the deadline for the Plaintiff's reply is extended to Tuesday, April 14, 2026.

It is so ORDERED.

                                      _____

                                      Rodney C. Young
                                      United States District Judge

Richmond, Virginia
Date: April __, 2026