IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NYEISHA S. GHEE, Plaintiff, v. PINETREE APARTMENTS, LLC, *et al.*, Defendants. | Lead Civil Action No. 3:25CV17 (RCY) Civil Action No. 3:26CV158 (RCY) |

**MEMORANDUM ORDER**
**(Consolidating Actions; Remanding to State Court)**

This matter is before the Court on its own initiative. Upon review, the Court finds that the two actions, *Ghee v. Pinetree Apartments, LLC*, Civil Action No. 3:25CV17-RCY, and *Ghee v. Pinetree Apartments, LLC, et al.*, 3:26CV158-RCY, rest on identical claims and operative facts. Accordingly, pursuant to Federal Rule of Civil Procedure 42(a)(2), the Court ORDERS that the two above-captioned cases be CONSOLIDATED.

To that end, the Court DIRECTS the Clerk to consolidate *Ghee v. Pinetree Apartments, LLC*, Case No. 3:25CV17, with *Ghee v. Pinetree Apartments, LLC, et al.*, Case No. 3:26CV158. The Court ESTABLISHES Case No. 3:25CV17, as the Lead Civil Action. To the extent further filings are appropriate following this Order, the parties are DIRECTED to ONLY file in the Lead Case; any such filing SHALL include the identification "Lead Civil Action No. 3:25CV17" and utilize the case caption reflected on this Order.

The Court now turns to Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 54), pending in Civil Action No. 3:25CV17, and Plaintiff's Motion to Remand (ECF No. 11), pending in Civil Action No. 3:26CV158. On September 14, 2026, the Court granted a Motion to Remand in a third related case, Civil Action No. 3:26CV159, and in so doing rejected certain fraudulent joinder arguments raised by, *inter alia*, Defendant Pinetree Apartments, LLC.

Defendant Pinetree Apartments, LLC raises substantially the same arguments in opposition to the pending Motion for Leave to File Third Amended Complaint and in opposition to Plaintiff's Motion to Remand. In light of the overlapping nature of the facts, claims, and legal arguments at issue, the Court hereby adopts and incorporates its reasoning from the recently issued Memorandum Opinion in *Ghee et al. v. Pinetree Apartments, LLC, et al.*, 3:26CV159-RCY (E.D. Va. Sep. 14, 2026), ECF No. 26, and so GRANTS Plaintiff's Motion for Leave to File Third Amended Complaint (ECF No. 54, Civil Action No. 3:25cv17). The Court ORDERS that the Third Amended Complaint, filed on February 6, 2026, at ECF No. 52 in Civil Action No. 3:25CV17, is now the operative Complaint, for purposes of this Consolidated Action.

Having so granted leave to amend, the Court finds that it lacks jurisdiction over the action, as the parties are no longer completely diverse for purposes of 28 U.S.C. § 1332, and no federal question is apparent. Accordingly, the Court REMANDS the consolidated action to state court pursuant to 28 U.S.C. § 1447(e). Plaintiff's Motion to Remand (ECF No. 11, Civil Action No. 3:26CV158) is accordingly MOOT. All other pending motions are left to the state court for appropriate resolution.

Let the Clerk consolidate the actions as described above, file this Order electronically, and send a copy to the Clerk of the Circuit Court for the City of Petersburg.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 15, 2026
Richmond, Virginia